UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | M.B.D. No. 03-00906 |
| ) | |
| CASSANDRA ANN BEATTY ) | 04MBD 10013 |
| and TERRENCE DAVIS ) | |
| ) | |
| Defendants. ) | |

ORDER

The parties filed a joint motion for an Order, pursuant to 18 U.S.C. §§ 3161(b) and 3161(h), excluding from all Speedy Trial Act calculations (including any calculations made pursuant to 18 U.S.C. § 3161(b)) the period beginning December 23, 2003 (the date of the motion) and extending for approximately 30 days thereafter (to and including January 30, 2003). Based on the parties representations, through their respective counsel, that the parties believe that the additional time will be beneficial to the parties in determining whether this case can be resolved without the need for the return of an indictment, I conclude that the ends of justice served by the delay outweigh the interest of the public and the defendants in a speedy trial.

It is therefore ORDERED that the period beginning December 23, 2003, and extending for approximately 30 days thereafter, until January 30, 2003, is hereby excluded from all Speedy Trial

Act calculations (including any calculations made pursuant to 18 U.S.C. § 3161(b)).

So ORDERED this **7th** day of ~~December 2003~~ January 2004.

*/s/ Richard G. Stearns*
THE HONORABLE RICHARD G. STEARNS
United States District Court Judge