UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) M.B.D. No. 03-00906 |
| | ) |
| CASSANDRA ANN BEATTY and TERRENCE DAVIS | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The parties, by their undersigned counsel, hereby move that, pursuant to 18 U.S.C. §§ 3161(b) and 3161(h), the Court exclude from all Speedy Trial Act calculations (including any calculations made pursuant to 18 U.S.C. § 3161(b)) the period beginning January 30, 2004 and extending for approximately 30 days thereafter (to and including February 27, 2004). As grounds therefor, the parties state as follows:

1. The defendants were arrested on December 2, 2002, after arriving at Logan Airport from Jamaica. On December 3, 2003, they were charged by criminal complaint with importation of cocaine, which they allegedly ingested. The defendants waived a detention hearing without prejudice and are currently in custody.

2. On January 7, 2004, this Court issued an Order allowing the parties' motion the exclude from all Speedy Trial Act calculations the period of time from December 27, 2003 to and including January 30, 2004.

3. The parties believe that the additional time, particularly in light of the holiday schedule, will be beneficial to the parties in determining whether this case can be resolved without the need for the return of an indictment and believe that the ends of justice served by the delay outweigh the interest of the public and the defendants in a speedy trial.

Based on the foregoing, the parties jointly move that the time between January 30, 2004 to and including February 27, 2004, be excluded from all Speedy Trial calculations.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: *(signature)*
PETER K. LEVITT
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3355


CASSANDRA BEATTY

By her attorney,

*(signature)*
MARTIN RICHEY
Federal Public Defender
640 Atlantic Avenue
Boston, MA
(617) 223-8061

TERRENCE DAVIS

By his attorney,

/s/ Michael J. Liston
MICHAEL J. LISTON
Carr & Liston
294 Washington Street
Boston, MA
(617) 482-6355

Dated: January 26, 2004